# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICKY ALLEN DENNIS,<br><br>Defendant. | CR 11-101-BLG-SPW<br>CR 11-141-BLG-SPW<br>CR 20-14-BLG-SPW<br><br>ORDER TO DISMISS PETITION ALLEGING VIOLATION OF SUPERVISED RELEASE CONDITIONS |

Upon the United States' Motion to Dismiss Petition for Warrant for Offender Under Supervision (Docs. 78, 89 and 31), and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion is GRANTED. The petition alleging a violation of supervised release conditions is **DISMISSED**.

**IT IS FURTHER ORDERED** that the Initial Appearance set for June 29, 2023 at 9:00 am. before Magistrate Judge Timothy J. Cavan is **VACATED**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 14th day of June, 2023.

SUSAN P. WATTERS
United States District Judge

1